## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RHASHEENA GUSSOM,

           Petitioner

           v.

MAURICE TEAGLE,

           Respondent

: No. 522 EAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 31st day of March, 2020, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Did the Superior Court err in holding that the Plaintiff did not make a good faith effort to serve the Defendant, when the Superior Court's decision conflicts with holdings of the Pennsylvania Supreme Court on the same legal issue?